JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK SANES JR., | ) | Case No.: CV 10-4063 DSF (FMOx) |
| Plaintiff, | ) | |
| vs. | ) | |
| BUDGET FINANCE COPMANY; MONROE ACCEPTANCE COMPANY, INC.; NORAH FURIE; SHELDON COHEN; EDWARD GREER; and DEBBIE SARA, | ) | JUDGMENT |
| Defendants. | ) | |
| _____ | ) | |

With the arguments having been presented and fully considered, the issues having been heard, and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that his claims be dismissed on their merits and with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____   11/8/10

_____
Dale S. Fischer
United States District Judge